THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE 
 CITED OR RELIED ON
AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 
 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State, Respondent,
v.
Terrance Harris, Appellant.
 
 
 

Appeal From Lexington County
 Marc H. Westbrook, Circuit Court Judge

Opinion No.   2004-UP-486
Submitted September 15, 2004  Filed 
 September 20, 2004

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Tara S. Taggart, of Columbia; 
 for Appellant.
Deputy Director for Legal Services Teresa A. Knox, Legal Counsel 
 Tommy Evans, Jr., and Legal Counsel J. Benjamin Aplin S.C. Dept. of Probation, 
 all of Columbia; for Respondent.
 
 
 

PER CURIAM:  Terrance Harris pled guilty 
 to second-degree burglary on August 16, 2001.  He was sentenced to fifteen years 
 in prison, suspended on service of five years confinement and five years probation.  
 On March 5, 2003, the State issued a warrant for Harriss arrest, alleging violations 
 of the terms of his probation.  Harriss probation was revoked during a probation 
 hearing on July 23, 2003.  Harris appeals, arguing the evidence was not sufficient 
 to establish that he violated his probation and did not justify revoking his 
 probation.  On appeal, counsel for Harris has filed a brief pursuant to Anders 
 v. California, 386 U.S. 738 (1967), asserting that there were no meritorious 
 grounds for appeal and requesting permission to withdraw from further representation.  
 Harris has not filed a pro se response.  
After a thorough review of the record pursuant 
 to Anders and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 
 (1991), we dismiss the appeal and grant counsels petition to be relieved.
APPEAL DISMISSED. [1] 
STILWELL, BEATTY and SHORT, JJ., concur.

 
 [1] We decide this case without oral argument pursuant 
 to Rule 215, SCACR.